Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Rafter H Farm and Ranch, LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | **Rafter H Commodities** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 3 – 0 8 1 6 3 0 7 | |
| **4. Debtor's address** | **Principal place of business**  **238 County Road 435**  Number    Street  **Jonesboro, TX 76538-1482**  City    State    ZIP Code  **Hamilton**  County | **Mailing address, if different from principal place of business**  Number    Street  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Rafter H Farm and Ranch, LLC**                                                     Case number *(if known)*
        Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ❏ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ❏ Chapter 7 |
| | ❏ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| | ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | ❏ A plan is being filed with this petition. |
| | ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❏ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes.  District _____ When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|
| | ❏ Yes. Debtor _____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                    page 2

Debtor  **Rafter H Farm and Ranch, LLC**  Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number     Street<br>_____<br>City                                                   State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **Rafter H Farm and Ranch, LLC**  Case number *(if known)*
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/11/2025**
             MM/ DD/ YYYY

X  **/s/ Sam Hemphill**                              **Sam Hemphill**
Signature of authorized representative of debtor     Printed name

Title  **Managing Member**

### 18. Signature of attorney

X  **/s/ Joseph Fredrick Postnikoff**    Date  **06/11/2025**
Signature of attorney for debtor               MM/ DD/ YYYY

**Joseph Fredrick Postnikoff**
Printed name

**Rochelle McCullough, LLP**
Firm name

**300 Throckmorton Street, Suite 520**
Number     Street

**Fort Worth**                **TX**       **76102-2929**
City                          State        ZIP Code

**(817) 347-5261**            **JPostnikoff@romclaw.com**
Contact phone                 Email address

**16168320**                  **TX**
Bar number                    State

## RESOLUTION

I, Sam Hemphill, the undersigned Manager of Rafter H Farm and Ranch, LLC, a Texas limited liability company (the "Corporation"), do hereby certify that at a meeting of the Manager of the Corporation duly called and held on the 29th day of May 2025, the following resolutions were adopted and recorded in the minute book of the Corporation after full discussion by the Manager on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

"RESOLVED, that notice of this meeting of the Manager is approved by all Managers of the Corporation and all notices and formal items related to this meeting are waived by the directors; and it is

"FURTHER RESOLVED, that in the judgment of the Manager of the Corporation, it is desireable and in the best interests of the Corporation, its creditors, and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is

"FURTHER RESOLVED, that the Manager is hereby authorized to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as is appropriate or necessary to seek relief under Chapter 11 of the Bankruptcy Code, and that the execution and verification of the petition is hereby ratified and adopted; and it is

"FURTHER RESOLVED, that the Corporation shall retain and employ all assistance by legal counsel or otherwise as deemed necessary and proper to secure for the benefit of the Corporation any and all relief to which it may be entitled under Chapter 11 of the Bankruptcy Code; and the Corporation shall engage and continue the engagement of the Rochelle McCullough, LLP, as legal counsel in connection with the reorganization of the Corporation and to pay a retainer fee to that law firm to be agreed upon by the President of the Corporation."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 11th day of June 2025.

By: _____
Sam Hemphill, Member/Manager

| | |
|---|---|
| Joseph F. Postnikoff<br>State Bar No. 16168320<br>jpostnikoff@romclaw.com<br>ROCHELLE MCCULLOUGH, LLP<br>300 Throckmorton Street, Suite 520<br>Fort Worth, Texas 76102<br>Telephone: 817.347.5260<br>Facsimile: 817.347.5269<br>https://www.romclaw.com | Curt D. Hochbein<br>State Bar No. (IN) 29284-29<br>chochbein@romclaw.com<br>ROCHELLE MCCULLOUGH, LLP<br>One Indiana Square<br>211 North Pennsylvania St., Ste. 1330<br>Indianapolis, Indiana 46204<br>Telephone: 317.608.1137<br>https://www.romclaw.com |

PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>RAFTER H FARM AND RANCH, LLC,<br>a Texas limited liability company,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. _____<br>In Proceedings Under Chapter 11<br>Subchapter V |

## CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name: **Rafter H Farm and Ranch, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gulf Coast Grain, LLC<br>1210 S. Third Street<br>Ganado, TX 77962 | Heath Bures<br>(361) 771-6194 | Trade debt | | | | $832,825.00 |
| 2 | Midwest Regional Bank<br>363 Festus Centre Dr<br>Festus, MO 63028-2400 | | Money Loaned | | $719,081.64 | $575,360.40 | $719,081.64 |
| 3 | Libertas Funding, LLC<br>411 West Putnam Ave<br>Greenwich, CT 06830 | | MCA | Contingent<br>Disputed<br>Unliquidated | $172,615.19 | $575,361.40 | $172,615.19 |
| 4 | Mumme's<br>120 TX 173 N<br>Hondo, TX 78861 | Brendon .<br>(830) 426-3314 | Trade debt | | | | $128,246.40 |
| 5 | FBN Finance, LLC<br>PO Box 64055<br>Saint Paul, MN 55164-0055 | (855) 281-6736 | Money Loaned | | $400,000.00 | $575,361.40 | $109,337.79 |
| 6 | WW Farms<br>171 County Road 374<br>Rio Medina, TX 78066-2612 | Ty Wurzbach<br>(830) 931-4158 | Trade debt | | | | $88,250.40 |
| 7 | NJ Farms<br>254 County Road 2615<br>Rio Medina, TX 78066-2500 | Nelson Boehme<br>(210) 415-3926 | Trade debt | | | | $77,747.74 |
| 8 | Rise Alliance<br>22 W 38th St Fl 2<br>New York, NY 10018-6353 | (646) 347-0819<br>Jack Collins<br>(646) 347-0819 | Debt Settlement Servicer | | | | $60,000.00 |

Debtor　**Rafter H Farm and Ranch, LLC**　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9　United First<br>2999 NE 191st St Ste 901<br>Miami, FL 33180-4926 | (877) 253-7686<br>Customer Service<br>(877) 253-7686 | MCA | Contingent<br>Disputed<br>Unliquidated | $58,000.00 | $575,260.40 | $58,000.00 |
| 10　Bank of America<br>PO Box 660441<br>Dallas, TX 75266-0441 | | Credit card | | | | $51,058.88 |
| 11　Capybara Capital<br>6501 Congress Ave Suite 340<br>Boca Raton, FL 33487-2840 | | MCA | Contingent<br>Disputed<br>Unliquidated | | | $44,846.12 |
| 12　US Bank<br>Po Box 6353<br>Fargo, ND 58125-6353 | | Credit card | | | | $9,641.00 |
| 13　Bank of America<br>Business Advantage<br>PO Box 660441<br>Dallas, TX 75266-0441 | | Credit Card | | | | $5,603.56 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204　　　　　　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　　　　　　page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **Rafter H Farm and Ranch, LLC**                CASE NO

                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **06/11/2025**        Signature        **/s/ Sam Hemphill**
                                              Sam Hemphill, Managing Member

Amur Equipment Finance, Inc.
Po Box 2555
Grand Island, NE 68802-2555


AT&T
Bankruptcy Center
2270 Lakeside Blvd. 7th Floor
Richardson, TX 75082


Bank of America
PO Box 660441
Dallas, TX 75266-0441


Bank of America
Business Advantage
PO Box 660441
Dallas, TX 75266-0441


BlueVine Inc. / Celtic Bank
401 Warren St. Suite 300
Redwood City, CA 94063


Capybara Capital
6501 Congress Ave Suite 340
Boca Raton, FL 33487-2840


FBN Finance, LLC
PO Box 64055
Saint Paul, MN 55164-0055


Gulf Coast Grain, LLC
1210 S. Third Street
Ganado, TX 77962

Sam Hemphill
1006 N Fm 1049
Knippa, TX 78870-1046

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Libertas Funding, LLC
411 West Putnam Ave
Greenwich, CT 06830

Midwest Regional Bank
363 Festus Centre Dr
Festus, MO 63028-2400

Mumme's
120 TX 173 N
Hondo, TX 78861

Navitas Credit Corp.
201 Executive Center Dr Ste 100
Columbia, SC 29210-8410

NJ Farms
254 County Road 2615
Rio Medina, TX 78066-2500

Rise Alliance
22 W 38th St Fl 2
New York, NY 10018-6353

Runnels County Tax Assessor-Collector
201 S Broadway St
Ballinger, TX 76821-5703

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Champion Bank
6124 S Staples St
Corp Christi, TX 78413-2904

Texas Comptroller Of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

TXN Bank
727 E Main St
Uvalde, TX 78801-5718

U.S. Small Business Administration
Disaster Assistance Proc and Disb
14925 Kingsport Road
Fort Worth, TX 76155

United First
2999 NE 191st St Ste 901
Miami, FL 33180-4926

US Bank
Po Box 6353
Fargo, ND 58125-6353

WW Farms
171 County Road 374
Rio Medina, TX 78066-2612